```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
          CIVIL DOCKET ENTRIES FOR CASE A05-0248--CV (RRB)
                 "EARL WORTHY III V MARC ANTRIM ET AL"

          Including terminated parties, excluding terminated counsel


   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 10/19/05
            Closed: NO

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (440) Other Civil Rights

            Origin: (2) Removed from State Court
            Demand:
        Filing fee: Paid $250.00 on 10/19/05 receipt # 00126816
          Trial by: Jury


Parties of Record:                            Counsel of Record:

PLF 1.1          WORTHY, EARL III              Earl Worthy III
                                               Pro Per: 368520
                                               Florence Correctional Center
                                               POB 6200
                                               Florence, AZ 85232


DEF 1.1          ANTRIM, MARC (SIC)            Michael D. Corey
                                               Sandberg Wuestenfeld et al
                                               701 W. 8th Avenue, Suite 1100
                                               Anchorage, AK 99501
                                               907-276-6363
                                               FAX 907-276-3528

DEF 2.1          ENSCH, MIKE REV               Michael D. Corey
                                               (see above)

DEF 3.1          LUNA, FRANK                   Michael D. Corey
                                               (see above)

DEF 4.1          CORRECTION CORP OF AMERICA    Michael D. Corey
                                               (see above)

DEF 5.1          AGUIRRE, CHAPLAIN             Michael D. Corey
                                               (see above)
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A05-0248--CV (RRB)
                           "EARL WORTHY III V MARC ANTRIM ET AL"

                                     For all filing dates


  Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:
    Referral Rule:
            Filed: 10/19/05
           Closed: NO

     Jurisdiction: (3) Federal Question (US Govt not a Party)
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (440) Other Civil Rights

           Origin: (2) Removed from State Court
           Demand:
       Filing fee: Paid $250.00 on 10/19/05 receipt # 00126816
         Trial by: Jury


 Document #  Filed     Docket text

     1 -  1  10/19/05  DEF 1-5 Notice of Removal from Superior Court case # 3AN-05-10483CI.

     2 -  1  10/19/05  DEF 1-5 Notice to court of filing superior crt file w/att exhs.

     2 -  2  10/19/05  PLF 1 Jury Demand.

     3 -  1  10/19/05  DEF 1-5 Service List.

     4 -  1  10/19/05  DEF 4 Disclosure statement.

     5 -  1  10/24/05  RRB Minute Order to Petitioners Subsequent to Removal.  Petitioners to
                       file w/i 10 days copies of state crt docs and svc list w/crt. cc: cnsl

     6 -  1  10/26/05  DEF 1-4 Answer to Complaint.

     7 -  1  10/26/05  DEF 1-5 Jury Demand.

     8 -  1  11/10/05  DEF 1-5 Answer (Amended).

     9 -  1  11/14/05  PLF 1 motion to remand to the Superior Court for the State of Alaska.

    10 -  1  11/21/05  PLF 1 Certificate of svc re: PLF 1 motion to remand to the Superior
                       Court for the State of Alaska (9-1).

    11 -  1  11/28/05  RRB Order that all papers fld w/crt to be identified by case number &
                       case caption; plf to serve papers on defs' attorney & file cert of svc;
                       any paper received by District Judge or MJ which hasn't been fld w/clk
                       or which doesn't have cert of svc will be disregarded by crt; clk to
                       send cy of mot form (PS15) to plf; clk to send cy of pro se handbook.
                       cc: E. Worthy w/PS15 & Pro Se Handbook, PSLC

    12 -  1  11/28/05  DEF 1-5 opposition to PLF 1 motion to remand to the Superior Court for
                       the State of Alaska (9-1).
```