FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 12 PM 4: 12

Daniel P. Struck
Timothy J. Bojanowski
**JONES, SKELTON & HOCHULI, P.L.C.**
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012
(602) 263-7324

*Attorneys for Defendants Antrim, Ensch
Aguirre, and Corrections Corporation of America*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA AT ANCHORAGE**

| | |
|---|---|
| EARL WORTHY, III | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| MARC [SIC] ANTRIM, COMMISSIONER, | ) |
| DEPARTMENT OF CORRECTIONS, | ) |
| STATE OF ALASKA, | ) |
| | ) |
| REV. MIKE ENSCH, CHAPLAIN [SIC] | ) |
| COORDINATOR, ALASKA CORRECTIONAL | ) |
| MINISTRIES, DEPARTMENT OF | ) |
| CORRECTIONS, STATE OF ALASKA, | ) |
| | ) |
| FRANK LUNA, WARDEN & CEO, | ) |
| FLORENCE CORRECTIONAL CNTR., | ) |
| | ) |
| CORRECTIONS CORPORATION OF | ) |
| AMERICA, | ) |
| | ) |
| CHAPLAIN AGUIRRE, CHAPLAIN, | ) |
| ALASKA CONTRACT, FLORENCE | ) |
| CORRECTIONAL CNTR., | ) |
| | ) |
| Defendants. | ) |
| | ) |

Motion and Application of Non-resident Attorney for Permission to
Appear and Participate in the United States District Court for the
District of Alaska
*Worthy v. Antrim, et al.*
Case No.: A05-248 CV (RRB)
Page 1 of 3

| | |
|---|---|
| Sued in their official and individual capacities, | ) )  CASE NO. A05-248 CV (RRB) ) |

## MOTION AND APPLICATION OF NON-RESIDENT ATTORNEY FOR PERMISSION TO APPEAR AND PARTICIPATE IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA

I, Timothy J. Bojanowski, hereby apply for permission to appear and participate as counsel for Marc Antrim, Reverend Mike Ensch, Frank Luna, Chaplain Aguirre, and Corrections Corporation of America, Defendants, in the above-entitled cause pursuant to Rule 83.1(c) of the Local Rules for the United States District Court, District of Alaska.

I hereby designate Michael D. Corey of Sandberg, Wuestenfeld & Corey, a member of the Bar of this Court, whose address is 701 West 8th Avenue, Suite 1100, Anchorage, Alaska 99501, telephone (907) 276-6363, with whom the Court and the opposing party may readily communicate regarding the conduct of this case.

Jones, Skelton & Hochuli, P.L.C.
Counsel for Defendant

Dated: _____   By /s/ Timothy J. Bojanowski
                                Timothy J. Bojanowski

Motion and Application of Non-resident Attorney for Permission to Appear and Participate in the United States District Court for the District of Alaska
*Worthy v. Antrim, et al.*
Case No.: A05-248 CV (RRB)
Page 2 of 3

**CONSENT OF LOCAL COUNSEL**

    I hereby consent to the foregoing Motion, and the granting thereof.

                                  Sandberg, Wuestenfeld & Corey
                                  Counsel for Defendant

                                By _____
                                  Michael D. Corey
                                  ABA #8511130

This is to certify that a true and
correct copy of the foregoing was
served by ( ✓ ) mail (   ) hand (   ) fax
this _12th_ day of ~~November~~ December 2005, to:

Earl Worthy, III, #368520
**FLORENCE CORRECTIONAL CENTER**
Post Office Box 6200
Florence, Arizona 85232
*Plaintiff Pro Per*

_____

Motion and Application of Non-resident Attorney for Permission to Appear and Participate in the United States District Court for the District of Alaska
*Worthy v. Antrim, et al.*
Case No.: A05-248 CV (RRB)
Page 3 of 3