IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE



LODGED
DEC 1 2 2005

| | |
|---|---|
| EARL WORTHY, III<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MARC [SIC] ANTRIM, COMMISSIONER, DEPARTMENT OF CORRECTIONS, STATE OF ALASKA,<br><br>REV. MIKE ENSCH, CHAPLAIN [SIC] COORDINATOR, ALASKA CORRECTIONAL MINISTRIES, DEPARTMENT OF CORRECTIONS, STATE OF ALASKA,<br><br>FRANK LUNA, WARDEN & CEO, FLORENCE CORRECTIONAL CNTR.,<br><br>CORRECTIONS CORPORATION OF AMERICA,<br><br>CHAPLAIN AGUIRRE, CHAPLAIN, ALASKA CONTRACT, FLORENCE CORRECTIONAL CNTR.,<br><br>　　　　Defendants.<br><br>Sued in their official and individual capacities, | FILED<br><br>DEC 1 4 2005<br><br>UNITED STATES DISTRICT COURT<br>DISTRICT OF ALASKA<br>By _____<br><br><br><br><br><br><br><br><br><br><br><br>A05-248CV<br>CASE NO. 3AN-05-248 (RRB) |

**ORDER GRANTING MOTION TO PARTICIPATE AS ATTORNEY**

　　This matter having come before the Court upon the Motion to Participate as Attorney by Timothy J. Bojanowski, and the Court being duly advised in the premises, now, therefore, IT IS HEREBY ORDERED that Timothy J. Bojanowski's Motion to Participate as

Order Granting Motion to Participate as Attorney
*Worthy v. Antrim, et al.*
Case No.: 3AN-05-248 (RRB)
Page 1 of 2

15

Attorney is GRANTED, and Timothy J. Bojanowski is hereby permitted to appear and participate as attorney for Defendants.

Dated: 12/13/05

By [signature]
Honorable Ralph R. Beistline

This is to certify that a true and correct copy of the foregoing was served by ( ✓ ) mail ( ) hand ( ) fax this 12th day of ~~November~~ December 2005, to:

Earl Worthy, III, #368520
**FLORENCE CORRECTIONAL CENTER**
Post Office Box 6200
Florence, Arizona 85232
*Plaintiff Pro Per*

[signature]

Copies of orders in this action will be served only on LEAD LOCAL COUNSEL who is responsible for notifying non-resident counsel.

Order Granting Motion to Participate as Attorney
*Worthy v. Antrim, et al.*
Case No.: 3AN-05-248 (RRB)
Page 2 of 2

PD 12-14-05

A05-0248--CV (RRB)

M. COREY (SANDBERG)
E. WORTHY III