Daniel P. Struck
Timothy J. Bojanowski
**JONES, SKELTON & HOCHULI, P.L.C.**
2901 N. Central Ave., Ste 800
Phoenix, Arizona 85012
(602) 263-7324

*Attorneys for Defendants Antrim,
Ensch, Aguirre, and Corrections
Corporation of America*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| EARL WORTHY, III, | ) | |
| Plaintiff | ) | Case No. 3:05-cv-248(TMB) |
| | ) | |
| vs | ) | |
| | ) | |
| MARC [SIC] ANTRIM, COMMISSIONER DEPARTMENT OF CORRECTIONS, STATE OF ALASKA | ) ) ) ) | |
| REV. MIKE ENSCH, CHAPLAIN [SIC] COORDINATOR, ALASKA CORRECTIONAL MINISTRIES, DEPARTMENT OF CORRECTIONS, STATE OF ALASKA | ) ) ) ) ) | |
| FRANK LUNA, WARDEN & CEO, FLORENCE CORRECTIONAL CNTR., | ) ) ) | |
| CORRECTIONS CORPORATION OF AMERICA, | ) ) ) | |
| CHAPLAIN AGUIRRE, CHAPLAIN, ALASKA CONTRACT, FLORENCE CORRECTIONAL CTR., | ) ) ) ) | |
| Defendants | ) ) | SCHEDULING AND PLANNING CONFERENCE REPORT |

1.   **Meeting.** In accordance with F.R.Civ.P. 26(f), a meeting was held on January 20, 2006 and was attended by:

   Earl Worthy, III    Plaintiff Pro Per

| | |
|---|---|
| Timothy J. Bojanowski | attorney for Defendants Antrim, Ensch, Aguirre, and Corrections Corporation of America |

The parties recommend the following:

2. **Pre-Discovery Disclosures.** The information required by F.R.Civ.P. 26(a)(1):

    ___ have been exchanged by the parties

    ___ will be exchanged by the parties by _____

    Proposed changes to disclosure requirements:

        **Plaintiff requests a 26(a)(1) Disclosure. Defendants will engage in discovery per rules. No Disclosure to be submitted.**

Preliminary witness lists

    ___ have been exchanged by the parties

    ___ will be exchanged by the parties by _____

    Proposed changes to witness lists:

        **Plaintiff requests a 26(a)(1) Disclosure. Defendants will engage in discovery per rules. No Disclosure to be submitted.**

3. **Contested Issues of Fact and Law**.  Preliminarily, the parties expect the following issues of fact and/or law to be presented to the court at trial in this matter:

**Plaintiff states the prison requires hin to verify his Jewish heritage before they allow him to practice his religion.**

**Plaintiff states prison is placing artificial barriers preventing him from practicing his religion.**

**Plaintiff states Christians and Muslims are not required to prove heritage before being allowed to practice their religion.**

**Plaintiff claims violation of his First Amendment right to freely exercise his religion.**

**Defendants dispute Plaintiff's claims and all inmates must establish heritage when a request to change religious preference occurs.**

4. **Discovery Plan**.  The parties jointly propose to the court the following discovery plan.

    A. Discovery will be needed on the following issues:

    **All issues in the Complaint and Answer.**
    **Whether Plaintiff's First Amendment rights were violated.**
    **Whether the prisons policies and procedures were followed.**

    B. All discovery commenced in time to be completed by May 19, 2006 ("discovery close date").

    C.  Limitations on Discovery.

        1.  Interrogatories

            **X** No change from F.R.Civ.P. 33(a)

      Maximum of ___  by each party to any other party.

      Responses due in ___ days.

2. Requests for Admissions.

   **X** No change from F.R.Civ.P. 36(a).

      Maximum of ___ requests.

      Responses due in ___ days.

3. Depositions.

   **X** No change from F.R.Civ.P. 36(a), (d).

      Maximum of ___ depositions by each party.

      Depositions not to exceed ___ hours unless agreed to by all parties.

D. Reports from retained experts.

   ___ Not later than 90 days before the close of discovery subject to F.R.Civ.P 26(a)(2)(C).

   **X** Reports due:

| From Plaintiff: | From Defendants: |
|---|---|
| **May 19, 2006** | **July 19, 2006** |

E. Supplementation of disclosures and discovery responses are to be made:

   **X** Periodically at 60-day intervals from the entry of scheduling and planning order.

    ____ As new information is acquired, but not later than 60 days before the close of discovery.

F.    A final witness list, disclosing all lay and expert witnesses whom a party may wish to call at trial, will be due:

    ____ 45 days prior to the close of discovery.

    **X**   Not later than August 21, 2006

5.    **Pretrial Motions.**

    **X**   No change from D.Ak. LR 16.1(c).

The following changes to D.Ak. LR 16.1(c). [Check and complete all that apply]

    ____ Motions to amend pleadings or add parties to be filed not later than _____.

    ____ Motions under the discovery rules must be filed not later than _____.

    ____ Motions in limine and dispositive motions must be filed not later than _____.

6. **Other Provisions:**

   A. __X__ The parties do not request a conference with the court before the entry of the scheduling order.

   _____ The parties request a scheduling conference with the court on the following issue(s):

   B. Alternative Dispute Resolution. [D.Ak. LR 16.2]

   __X__ This matter is not considered a candidate for court-annexed alternative dispute resolution.

   _____ The parties will file a request for alternative dispute resolution not later than (*insert date*).

   ___ Mediation ___ Early Neutral Evaluation

   C. The parties ___ do __X__ not consent to trial before a magistrate judge.

   D. Compliance with the Disclosure Requirements of F.R.Civ.P. 7.1

   __X__ All parties have complied   _____ Compliance not required by any party

7. **Trial.**

   A. The matter will be ready for trial:

   ___ 45 days after the discovery close date.

   __X__ not later than: September 25, 2006.

   B. This matter is expected to take **4** days to try.

   C. Jury Demanded   __X__ Yes   ___ No

SCHEDULING & PLANNING CONFERENCE REPORT   6

Right to jury trial     Yes ___  **X** No ___
disputed?

Dated:

s/Earl Worthy, III
Earl Worthy, III,
Plaintiff Pro Per


s/Timothy J. Bojanowski
Timothy J. Bojanowski
Attorneys for Defendants