3:05-CV-248 TMB

Chambers of Judge Ralph R. Beistline
Deputy Clerk: Patty Demeter
United States District Court
222 West Seventh Ave. #49
Anchorage, AK. 99513-7546

January 17, 2006

Earl worthy III #368520
Florence Correctional Center
1100 Bowling Rd. POB 6200
Florence, AZ. 85232

Dear Madam Clerk;

    I am in receipt of the <u>Minute Order from Chambers</u> dated 01.05.06. I am an incarcerated person and am therefore unable to attend a case schedule and planning meeting. Telephonic participation at the Court's descretion is the only available option. The main telephone number for the prison is (520)808-3668.

Respectfully;

*Earl Worthy III*
Earl Worthy III #368520

I certify that a copy of the above letter to Chambers of Judge R.R. Beistline was served upon Sandberg, Wuestenfeld & Corey, 701 W. 8th. Ave. ste 1100, Anchorage, Ak. 99501, by First Class mail on  1/19/06  .

*Earl Worthy III*
Earl Worthy III #368520