RECEIVED
JAN 3 0 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Daniel P. Struck
Timothy J. Bojanowski
**JONES, SKELTON & HOCHULI, P.L.C.**
2901 N. Central Ave., Ste 800
Phoenix, Arizona 85012
(602) 263-7324

*Attorneys for Defendants Antrim, Ensch, Aguirre, and Corrections Corporation of America*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| EARL WORTHY, III,<br>Plaintiff<br><br>vs<br><br>MARC [SIC] ANTRIM, COMMISSIONER DEPARTMENT OF CORRECTIONS, STATE OF ALASKA<br><br>REV. MIKE ENSCH, CHAPLAIN [SIC] COORDINATOR, ALASKA CORRECTIONAL MINISTRIES, DEPARTMENT OF CORRECTIONS, STATE OF ALASKA<br><br>FRANK LUNA, WARDEN & CEO, FLORENCE CORRECTIONAL CNTR.,<br><br>CORRECTIONS CORPORATION OF AMERICA,<br><br>CHAPLAIN AGUIRRE, CHAPLAIN, ALASKA CONTRACT, FLORENCE CORRECTIONAL CTR.,<br><br>Defendants | Case No. A05-248CV (RRB)<br><br>SCHEDULING AND PLANNING CONFERENCE REPORT |

1. **Meeting**. In accordance with F.R.Civ.P. 26(f), a meeting was held on January 20, 2006 and was attended by:

Earl Worthy, III     Plaintiff Pro Per

| | |
|---|---|
| Timothy J. Bojanowski | attorney for Defendants Antrim, Ensch, Aguirre, and Corrections Corporation of America |

The parties recommend the following:

2. **Pre-Discovery Disclosures.** The information required by F.R.Civ.P. 26(a)(1):

___ have been exchanged by the parties

___ will be exchanged by the parties by ____________________

Proposed changes to disclosure requirements:

**Plaintiff requests a 26(a)(1) Disclosure. Defendants will engage in discovery per rules. No Disclosure to be submitted.**

Preliminary witness lists

___ have been exchanged by the parties

___ will be exchanged by the parties by ____________________

Proposed changes to witness lists:

**Plaintiff requests a 26(a)(1) Disclosure. Defendants will engage in discovery per rules. No Disclosure to be submitted.**

3. **Contested Issues of Fact and Law.** Preliminarily, the parties expect the following issues of fact and/or law to be presented to the court at trial in this matter:

**Plaintiff states the prison requires hin to verify his Jewish heritage before they allow him to practice his religion.**

**Plaintiff states prison is placing artificial barriers preventing him from practicing his religion.**

**Plaintiff states Christians and Muslims are not required to prove heritage before being allowed to practice their religion.**

**Plaintiff claims violation of his First Amendment right to freely exercise his religion.**

**Defendants dispute Plaintiff's claims and all inmates must establish heritage when a request to change religious preference occurs.**

4. **Discovery Plan.** The parties jointly propose to the court the following discovery plan.

A. Discovery will be needed on the following issues:

**All issues in the Complaint and Answer.**
**Whether Plaintiff's First Amendment rights were violated.**
**Whether the prisons policies and procedures were followed.**

B. All discovery commenced in time to be completed by May 19, 2006 ("discovery close date").

C. Limitations on Discovery.

1. Interrogatories

__**X**__ No change from F.R.Civ.P. 33(a)

__ Maximum of ___ by each party to any other party.

Responses due in ___ days.

2. Requests for Admissions.

X No change from F.R.Civ.P. 36(a).

__ Maximum of _____ requests.

Responses due in ___ days.

3. Depositions.

X No change from F.R.Civ.P. 36(a), (d).

__ Maximum of ___ depositions by each party.

Depositions not to exceed ____ hours unless agreed to by all parties.

D. Reports from retained experts.

_____ Not later than 90 days before the close of discovery subject to F.R.Civ.P 26(a)(2)(C).

X Reports due:

From Plaintiff: **May 19, 2006** From Defendants: **July 19, 2006**

E. Supplementation of disclosures and discovery responses are to be made:

X Periodically at 60-day intervals from the entry of scheduling and planning order.

____ As new information is acquired, but not later than 60 days before the close of discovery.

F. A final witness list, disclosing all lay and expert witnesses whom a party may wish to call at trial, will be due:

____ 45 days prior to the close of discovery.

__X__ Not later than August 21, 2006

5. **Pretrial Motions.**

__X__ No change from D.Ak. LR 16.1(c).

The following changes to D.Ak. LR 16.1(c). [Check and complete all that apply]

___ Motions to amend pleadings or add parties to be filed not later than ____________________.

___ Motions under the discovery rules must be filed not later than ____________________.

___ Motions in limine and dispositive motions must be filed not later than ____________________.

6. **Other Provisions:**

A. __X__ The parties do not request a conference with the court before the entry of the scheduling order.

____ The parties request a scheduling conference with the court on the following issue(s):

B. Alternative Dispute Resolution. [D.Ak. LR 16.2]

__X__ This matter is not considered a candidate for court-annexed alternative dispute resolution.

____ The parties will file a request for alternative dispute resolution not later than (*insert date*).

__ Mediation __ Early Neutral Evaluation

C. The parties __ do __X__ not consent to trial before a magistrate judge.

D. Compliance with the Disclosure Requirements of F.R.Civ.P. 7.1

__X__ All parties have complied

_ Compliance not required by any party

7. **Trial.**

A. The matter will be ready for trial:

__ 45 days after the discovery close date.

__X__ not later than: September 25, 2006.

B. This matter is expected to take __4__ days to try.

C. Jury Demanded __X__ Yes __ No

Right to jury trial disputed? ___ Yes **X** No

Dated:

Earl Worthy, III,
Plaintiff Pro Per

Timothy J. Bojanowski
Attorneys for Defendants