Earl Worthy III # 368520
Florence Correctional Cntr.
1100 Bowling Rd. POB 6200
Florence, AZ. 85232
(520)868-9095



UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| EARL WORTHY III, )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>MARC ANTRIM, et al., )<br>)<br>    defendants. ) | CASE NO.: A05-248 CV ~~(RRB)~~ TMB |

### MOTION FOR LEAVE TO AMEND COMPLAINT AND NOTICE
### OF PROPOSED AMENDED COMPLAINT

COMES NOW THE PLAINTIFF, EARL WORTHY III, pro se, and ask leave of this Court for permission to file an amended complaint in the above captioned matter.

Since the filing of the original complaint the plaintiff has done additional research into the legal basis for damage awards and desires to amend the complaint to reflect this research.

Proposed amended complaint is attached to this motion.

1 of 2

The plaintiff has also corrected the mispelling of defendant Antrim's first name and has included an updated jurisdictional statement.

This Court should grant leave freely to amend a complaint. Foman v. Davis, 83 S.Ct. 227(1962), Interroyal Corp. v. Sponseller, 889 F.2d 108, 112(6th.Cir.), cert.d., 494 U.S. 1091 (1990).

DONE THIS 31st , day of January, 2006 at Florence, Arizona.

Respectfully;

*Earl Worthy III*
Earl Worthy III #368520

I certify that a copy of the above Motion for Leave to Amend Complaint and Notice of Proposed Amended Complaint was served upon Sandberg, Wuestenfeld & Corey, 701 W. 8th. Ave., ste 1100, Anchorage, Alaska 99501, by First Class, U.S. Mail on Feb. 2nd 2006 .

*Earl Worthy III*
Earl Worthy III #368520

2 of 2