Earl Worthy III #368520
Florence Correctional Cntr.
1100 Bowling Rd. POB 6200
Florence, AZ. 85232
(520)868-9095

RECEIVED
FEB 1 0 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

EARL WORTHY III,                )
                                )
     Plaintiff,                 )
                                )
     vs.                        )
                                )
MARC ANTRIM, et al.,            )
                                )
     Defendants.                ) CASE NO.: A05-248 CV (RRB)
                                )

**REQUEST TO AMEND/CORRECT THE SCHEDULING AND
PLANNING CONFERENCE REPORT**

COMES NOW THE PLAINTIFF, Earl Worthy III, pro se, and respectfully request the following additions and corrections to page three of the scheduling and planning report. Under paragraph two: <u>Contested Issues of Fact and Law</u>, the plaintiff submits the following additions:

1) Plaintiff claims violation of his right of free exercise of religion under Art. I, § 4 of the Alaska state constitution.

2) Plaintiff claims violation of his right of reformation under Art. I, § 12 of the Alaska state constitution.

pg. 1 of 2

3) Plaintiff claims breech of contract under theory of third party beneficiary.

4) Plaintiff claims violation of the Religious Land Use and Institutionalized Persons Act(RLUIPA).

The plaintiff apologizes to the Court and to the defendants for not noticing this matter prior to signing the original document.

DONE THIS 4th , day of February, 2006 at Florence, Arizona.

*Earl Worthy III*
Earl Worthy III #368520

pg. 2 of 2