Daniel P. Struck
Timothy J. Bojanowski
**JONES, SKELTON & HOCHULI, P.L.C.**
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012
(602) 263-7324

*Attorneys for Defendants Antrim, Ensch*
*Aguirre, and Corrections Corporation of America*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| EARL WORTHY, III | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| vs. | ) |
|  | ) |
|  | ) |
| MARC [SIC] ANTRIM, COMMISSIONER | ) |
| DEPARTMENT OF CORRECTIONS, STATE | ) |
| OF ALASKA | ) |
|  | ) |
| REV. MIKE ENSCH, CHAPLAIN [SIC] | ) |
| COORDINATOR, ALASKA CORRECTIONAL | ) |
| MINISTRIES, DEPARTMENT OF | ) |
| CORRECTIONS, STATE OF ALASKA | ) |
|  | ) |
| FRANK LUNA, WARDEN & CEO, | ) |
| FLORENCE CORRECTIONAL CNTR., | ) |
|  | ) |
| CORRECTIONS CORPORATION OF | ) |
| AMERICA, | ) |
|  | ) |
| CHAPLAIN AGUIRRE, CHAPLAIN, | ) |
| ALASKA CONTRACT, FLORENCE | ) |
| CORRECTIONAL CTR., | ) |
|  | ) |
| Defendants. | ) |
|  | ) |
| Sued in their official and | ) |

individual capacities,                ) CASE NO. 3:05-cv-248(TMB)
                                      )
_____   )

**MOTION FOR COURT ORDER ALLOWING DEPOSITION OF INCARCERATED INMATE**

Pursuant to Rule 30(a)(2), Federal Rules of Civil Procedure, Defendants request this Court enter an order allowing the deposition of Plaintiff Earl Worthy III, an incarcerated individual, to be taken.  The deposition of Earl Worthy III is vital to the defense of this action and is being secured for purposes of reasonable discovery.

WHEREFORE, Defendants respectfully requests this Court enter its Order allowing Defendant to depose Plaintiff Earl Worthy, III, inmate #368520, at the Florence Correctional Center in Florence, Arizona.

Respectfully submitted this 14th day of February 2006 at Phoenix, Arizona.

JONES, SKELTON & HOCHULI, P.L.C.


By s/Timothy J. Bojanowski
   Daniel P. Struck
   Timothy J. Bojanowski
   2901 North Central Avenue, Suite 800
   Phoenix, Arizona 85012
   Tel:  (602) 263-7324
   Fax: (602) 200-7837
   E-mail: tbojanowski@jshfirm.com

   *Attorneys for Defendants Antrim, Ensch, Aguirre, and Corrections Corporation of America*

This is to certify that a true and correct copy of the foregoing was served by ( XX ) mail (   ) hand (   ) fax this 14th day of February 2006, to:

Earl Worthy, III, #368520
**FLORENCE CORRECTIONAL CENTER**
Post Office Box 6200
Florence, Arizona 85232
*Plaintiff Pro Per*


s/Dianne Clark

Motion for Court Order Allowing Deposition of Incarcerated Inmate
*Worthy v. Antrim, et al.*
Case No.: 3:05-cv-248(TMB)
Page 3 of 3
1589340_1