Daniel P. Struck
Timothy J. Bojanowski
**JONES, SKELTON & HOCHULI, P.L.C.**
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012
(602) 263-7324

*Attorneys for Defendants Antrim, Ensch
Aguirre, and Corrections Corporation of America*

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA AT ANCHORAGE

```
EARL WORTHY, III                        )
                                        )
        Plaintiff,                      )
                                        )
    vs.                                 )
                                        )
                                        )
MARC [SIC] ANTRIM, COMMISSIONER )
DEPARTMENT OF CORRECTIONS, STATE)
OF ALASKA                               )
                                        )
REV. MIKE ENSCH, CHAPLAIN [SIC] )
COORDINATOR, ALASKA CORRECTIONAL)
MINISTRIES, DEPARTMENT OF       )
CORRECTIONS, STATE OF ALASKA    )
                                        )
FRANK LUNA, WARDEN & CEO,               )
FLORENCE CORRECTIONAL CNTR.,    )
                                        )
CORRECTIONS CORPORATION OF      )
AMERICA,                                )
                                        )
CHAPLAIN AGUIRRE, CHAPLAIN,     )
ALASKA CONTRACT, FLORENCE       )
CORRECTIONAL CTR.,              )
                                        )
        Defendants.                     )
                                        )
Sued in their official and              )
```

| | |
|---|---|
| individual capacities, | ) CASE NO. 3:05-cv-248(TMB) |
| _____ | ) |

**PROPOSED ORDER GRANTING MOTION FOR COURT ORDER ALLOWING DEPOSITION OF INCARCERATED INMATE**

IT IS ORDERED, granting Defendants' request for leave of Court to depose Earl Worthy, III who is a prisoner incarcerated at the Florence Correctional Center, 1100 Bowling Road, Florence, Arizona 85232-2667 on Tuesday, March 14, 2006 at 10:00 a.m.

Dated: _____    By _____
                                      Honorable Timothy M. Burgess


This is to certify that a true and
correct copy of the foregoing was
served by (   ) mail (   ) hand (   ) fax
this _____ day of February 2006, to:

Earl Worthy, III, #368520
**FLORENCE CORRECTIONAL CENTER**
Post Office Box 6200
Florence, Arizona 85232
*Plaintiff Pro Per*

_____

Order Granting Motion for Court Order Allowing Deposition of
Incarcerated Inmate
*Worthy v. Antrim, et al.*
Case No.: 3:05-cv-248(TMB)
Page 2 of 2
1589744_1