Earl Worthy III #368520
Florence Correctional Cntr.
1100 Bowling Rd. POB 6200
Florence, AZ. 85232
(520)868-9095

RECEIVED
FEB 1 3 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

EARL WORTHY III,                )
                                )
    Plaintiff,                  )
                                )
vs.                             )
                                )
MARC ANTRIM, et al.,            )
                                ) CASE NO.: A05-248 CV (RRB) TMB
    Defendants.                 )
_____)

### CERTIFICATE OF SERVICE

I certify that a copy of <u>Request To Amend/Correct The Scheduling And Planning Conference Report</u> was served upon Sandberg, Wuestenfeld & Corey, 701 W. 8th. Ave., ste 1100, Anchorage, Ak. 99501, by First Class, U.S. Mail on __Feb, 2nd 2006__.

_____
Earl Worthy III #368520