Daniel P. Struck
Timothy J. Bojanowski
**JONES, SKELTON & HOCHULI, P.L.C.**
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012
(602) 263-7324

*Attorneys for Defendants Antrim, Ensch
Aguirre, and Corrections Corporation of America*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA AT ANCHORAGE**

| | |
|---|---|
| EARL WORTHY, III ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ) | |
| MARC [SIC] ANTRIM, COMMISSIONER ) | |
| DEPARTMENT OF CORRECTIONS, STATE) | |
| OF ALASKA ) | |
| ) | |
| REV. MIKE ENSCH, CHAPLAIN [SIC] ) | |
| COORDINATOR, ALASKA CORRECTIONAL) | |
| MINISTRIES, DEPARTMENT OF ) | |
| CORRECTIONS, STATE OF ALASKA ) | |
| ) | |
| FRANK LUNA, WARDEN & CEO, ) | |
| FLORENCE CORRECTIONAL CNTR., ) | |
| ) | |
| CORRECTIONS CORPORATION OF ) | |
| AMERICA, ) | |
| ) | |
| CHAPLAIN AGUIRRE, CHAPLAIN, ) | |
| ALASKA CONTRACT, FLORENCE ) | |
| CORRECTIONAL CTR., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| Sued in their official and ) | |
| individual capacities, ) | CASE NO. 3:05-cv-248(TMB) |
| _____) | |

## NOTICE OF SERVICE OF DEFENDANT'S RESPONSES TO PLAINTIFF'S INITIAL INTERROGATORIES AND SUPPLEMENTAL REQUEST FOR PRODUCTION OF DOCUMENTS

Defendants Antrim, Ensch, Aguirre, and Corrections Corporation of America, hereby give notice of service on Plaintiff of their Responses to Plaintiff's INITIAL Interrogatories and Supplemental Request for Production of Documents on March 15, 2006.

Respectfully submitted this 15th day of March 2006 at Phoenix, Arizona.

JONES, SKELTON & HOCHULI, P.L.C.

By s/Timothy J. Bonjanowski
   Daniel P. Struck
   Timothy J. Bojanowski
   2901 North Central Avenue, Suite 800
   Phoenix, Arizona 85012
   Tel: (602) 263-7324
   Fax: (602) 200-7837
   E-mail: tbojanowski@jshfirm.com

   *Attorneys for Defendants Antrim, Ensch, Aguirre, and Corrections Corporation of America*

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

This is to certify that a true and correct copy of the foregoing was served by ( ✓ ) mail (   ) hand (   ) fax this 15th day of March 2006, to:

Earl Worthy, III, #368520
**FLORENCE CORRECTIONAL CENTER**
Post Office Box 6200
Florence, Arizona 85232
*Plaintiff* Pro Per


s/Dianne Clark_____

Notice of Service of Defendant's Response to Plaintiff's Initial Interrogatories and Supplemental Request for Production of Documents
*Worthy v. Antrim, et al.*
Case No.: 3:05-cv-248(TMB)
Page 3 of 3
1602016_1