## MINUTES OF THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

*Worthy v. Antrim, et al.*
Case No. 3:05-cv-0248-TMB

By:             THE HONORABLE TIMOTHY M. BURGESS

PROCEEDINGS:    ORDER FROM CHAMBERS

Three motions are currently pending in this case. First, Plaintiff, proceeding pro se, seeks leave to file an amended complaint. Docket No. 24. Next, Plaintiff requests that the scheduling and planning report at docket no. 23 be modified to include additional causes of action under the heading "Contested Issues of Fact and Law." Docket No. 25. Finally, Defendants move for an order allowing them to depose Plaintiff, who is incarcerated, pursuant to Federal Rule of Civil Procedure 30(a)(2). Docket No. 26. None of the motions is opposed.

**IT IS THEREFORE ORDERED:**
The motion to amend the complaint at **Docket No. 24** is **GRANTED**. The request to amend the scheduling and planning report at **Docket No. 25** is **DENIED AS MOOT**. The report was filed by the parties as a preliminary statement of issues, rather than a list of causes of action. As the time for trial nears, the Court will request more complete statements from the parties, at which time Plaintiff can provide the Court with a more complete statement of contested issues. Defendant's motion to take Plaintiff's deposition **at Docket No. 26 is GRANTED**. Defendant is directed to make appropriate arrangements with the Florence Correctional Center in Florence, Arizona. Once a convenient time and place have been agreed upon, Defendants may depose Plaintiff, inmate number 368520.

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE:  March 20, 2006