Earl Worthy III
Florence Correctional Cntr.
1100 Bowling Rd. POB 6200
Florence AZ. 85232

RECEIVED
MAY 0 8 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

EARL WORTHY III,                )
                                )
    Plaintiff,                  )
                                )
vs.                             )
                                )                    /
MARC ANTRIM, et al.,            )
                                ) CASE NO.: 3:05-CV-0248 (TMB)
    Defendants.                 )
_____)

### REQUEST FOR CONTINUANCE/STAY

COMES NOW THE PLAINTIFF, Earl Worthy III, pro se, and respectfully request a 60 day continuance or stay in the above captioned matter. Particularly with regard to the completion of discovery.

I have been placed in segregation and cannot currently conduct my case. I do not have access to my property that contains my legal materials. Pending action by the Discipline Bd. I do not know how long I will be in segregation but have no reason to expect that it will be for a period of more than four to six weeks.

1 of 2

A 60 day stay in the discovery process is not unreasonable under these circumstances.

DONE THIS 27th. day of April, 2006 at Florence, Arizona.

                                         *Earl Worthy III*
                                         Earl Worthy III # 368520

I EARL WORTHY III certify that on 05.02.06 A correct copy of THE FORGOING was MAILED (1st Class) to:

                                       2 of 2

JONES, Skelton, & Hochuli, P.L.C.
2901 N. Central Ave. Ste 800
Phoenix, AZ. 85012
Counsel for Defendants.