Earl Worthy III #368520
Florence Correctional Cntr.
1100 Bowling Rd. POB 6200
Florence, AZ. 85232
(520)868-9095


RECEIVED
MAY 15 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| EARL WORTHY III,<br><br>    Plaintiff,<br><br>vs.<br><br>MARC ANTRIM, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No.: 3:05-CV-0248 (TMB)<br>)<br>) |

### LEAVE FOR PERMISSION TO LATE FILE PLAINTIFF'S WITNESS LIST

COMES NOW THE PLAINTIFF, EARL WORTHY III, pro se, and respecfully request leave to late file Plaintiff's witness list.

The Plaintiff was in segregation for approximately three weeks and was temporarily unable to access his property which included his legal materials.

DONE THIS 11th, day of May, 2006 at Florence, Arizona.

_____
Earl Worthy III # 368520

I certify that a copy of this document and its attachment: Plaintiff's witness list, was served via First Class postage, U.S. Postal Service to:
James, Skelton, & Hochuli, P.L.C.
Counsel for the Defendants.

_____ / 5/11/06
Earl Worthy III #368520     Date