Daniel P. Struck, Bar #012377
Timothy J. Bojanowski, Bar #022126
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona  85012
Telephone:  (602) 263-7324
Fax:  (602) 200-7837
tbojanowski@jshfirm.com

Attorneys for Defendants Marc Antrim, Mike Ensch, Frank Luna, Aguirre, and Corrections Corporation of America

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ALASKA**

**AT ANCHORAGE**

| | |
|---|---|
| Earl Worthy, III,<br><br>              Plaintiff,<br><br>     v.<br><br>MARC [SIC] ANTRIM, COMMISSIONER DEPARTMENT OF CORRECTIONS, STATE OF ALASKA,<br><br>REV. MIKE ENSCH, CHAPLAIN [SIC] COORDINATOR, ALASKA CORRECTIONAL MINISTRIES, DEPARTMENT OF CORRECTIONS, STATE OF ALASKA,<br><br>FRANK LUNA, WARDEN & CEO, FLORENCE CORRECTIONAL CNTR.,<br><br>CORRECTIONS CORPORATION OF AMERICA,<br><br>CHAPLAIN AGUIRRE, CHAPLAIN, ALASKA CONTRACT, FLORENCE CORRECTIONAL CTR.,<br><br>Sued in their official and individual capacities,<br><br>                            Defendants. | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>NO. 3:05-cv-00248 (TMB) |

Joint Status Report

*Worthy v. Antrim, et al.*

3:05-cv-00248 (TMB)

1632371.1

**JOINT STATUS REPORT**

The parties have conferred and submit this Joint Status Report.  Attached to this status report is a copy of the signed stipulated order.

**I.    PARTIES, PROSPECTIVE PARTIES, AND COUNSEL.**

>   Plaintiff, Earl Worthy III
>   c/o Florence Correctional Center
>   1100 Bowling Road, POB 6200
>   Florence, Arizona 85232
>   Tel: (520) 868-9095
>   Fax: (520) 868-9565
>
>   Defendants, Marc Antrim, Mike Ensch, Frank  Luna, Corrections Corporation of America and Chaplain Aguirre
>   c/o Jones, Skelton, & Hochuli
>
>   Defendant's counsel
>   Daniel P. Struck
>   Timothy J. Bojanowski
>   2901 North Central Avenue, Ste. 800
>   Phoenix, Arizona 85012
>   Tel: (602) 263-1700
>   Fax: (602) 263-1784

At this time, the parties do not contemplate that any other individual or entity will become a party to this action.

**II.   NATURE OF CASE.**

Plaintiff pro per, an Alaskan inmate incarcerated at Defendant Corrections Corporation of America's ("CCA") Florence Correctional Center in Florence, Arizona, brings

this action pursuant to 42 U.S.C. § 1983 and 42 U.S.C. § 2000cc, alleging violations of his First Amendment rights arising out of the denial of the right to free exercise of religion and failure to provide religious materials.  In addition to Plaintiff's 42 U.S.C. § 1983 claims, Plaintiff also asserts causes of action for (1) breach of contract under theory of Third Party Beneficiary; (2) Violation of his right of reformation under Art. 1 § 12 of the Alaska State Constitution; and (3) violation of the Religious Land Use and Institutionalized Persons Act (RLUIPA)

Defendants deny Plaintiff's allegations and affirmatively assert that with respect to Plaintiff's Section 1983 claims, the conduct for which Plaintiff complains either did not occur or did not rise to the level of a constitutional violation.  As a separate defense, or in the alternative, Defendants allege that Plaintiff has not, and cannot, establish a substantial burden on religious exercise required by the Religious Land Use and Institutionalized Persons Act ("RLUIPA"), thereby warranting dismissal of Plaintiff's claims. Finally, Defendant CCA alleges that Plaintiff has no standing to assert a breach of contract claim regarding the contract for incarceration of inmates entered into between the State of Alaska and Defendant CCA as Plaintiff is neither a party to the contract nor a third party beneficiary.

**III. PLEADINGS**

Defendants timely filed an Answer to Plaintiff's Complaint. Plaintiff filed a Motion for Leave to file an Amended Complaint on February 8, 2006 (Docket #24) and granted on March 20, 2006 (Docket # 30). Plaintiff has not filed his Amended Complaint.

**IV. RULE 16(B) CONFERENCE**

The Court issued its Rule 16 Scheduling Order on March 16, 2006.

**V. DISCOVERY**

Defendant has deposed Plaintiff. The parties have also engaged in written discovery, including Requests for Production and Interrogatories. Discovery closed on May 19, 2006. See Order dated 3/16/06. The parties will file all motions under discovery rules by June 16, 2006. See Order dated 3/16/06

**VI. MOTIONS**

The parties will file any dispositive motions by June 16, 2006  See Order dated 3/16/06. The parties will file any Motions in Limine by June 16, 2006. See Order dated 3/16/06.

**VII. TRIAL**

The Court has not set a trial date in this matter. The trial is expected to take approximately 4 days.

The parties have agreed to file and exchange final witness lists on or before June 16, 2006.

## VIII.    **SETTLEMENT**

The parties have not engaged in settlement negotiations.

## IX.    **ADDITIONAL INFORMATION**

None at this time.

Respectfully submitted this 23rd day of May 2006.

        JONES, SKELTON & HOCHULI, P.L.C.

        By s/Timothy J. Bojanowski
           Daniel P. Struck
           Timothy J. Bojanowski
           2901 N. Central Ave., Suite 800
           Phoenix, Arizona  85012
           Tel:  (602) 263-7324
           Fax:  (602) 200-7837
           E-mail: tbojanowski@jshfirm.com

           Michael D. Corey ABA #8511130
           Sandberg, Wuestenfeld & Corey
           701 West 8th Avenue, Suite 1100
           Anchorage, Alaska  99501
           Tel:  (907) 276-6363
           Fax:  (907) 276-3528

        *Attorneys for Defendants Antrim, Ensch, Aguirre, and Corrections Corporation of America*

        By Earl Worthy, III, per telephone consent
           Earl Worthy, III, #368520
           Florence Correctional Center
           Post Office Box 6200
           Florence, Arizona 85232

        *Plaintiff Pro Per*

This is to certify that a true and correct copy of the foregoing was served by ( XX ) mail (   ) hand (   ) fax this 23rd day of May 2006, to:

Earl Worthy, III, #368520
**FLORENCE CORRECTIONAL CENTER**
Post Office Box 6200
Florence, Arizona 85232
*Plaintiff Pro Per*


s/Dianne Clark