Earl Worthy III #368520
Florence Correctional Cntr.
1100 Bowling Rd. POB 6200
Florence, AZ. 85232

**RECEIVED**

MAY 3 0 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| EARL WORTHY III, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| MARC ANTRIM, et al., ) | |
| ) CASE NO.: 3:05-CV-0248 (TMB) | |
| Defendants. ) | |

### TIME EXTENSION REQUEST FOR COMPLYING WITH THE COURT'S ORDER FOR A STATUS REPORT

Plaintiff is in receipt of the court's order for a Status Report and has forwarded a letter requesting a telephonic meeting to confer and prepare the report. As the Plaintiff is an incarcerated person this may take time.

Plaintiff therefore request that the time for compliance be extended by the court.

DONE THIS 22nd, day of May, 2006 at Florence, Arizona.

Respectfully;

*Earl Worthy III*
Earl Worthy III #368520

I certify that a true and correct copy of this document was mailed to:

Jones, Skelton, & Hochuli, P.L.C.
2901 N. Central Ave., ste 800
Phoenix, AZ. 85012

*Earl Worthy III* / 5/22/06
Earl Worthy III    Date