**MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA**

*Worthy v. Antrim, et al.*
Case No. 3:05-cv-0248-TMB

By:             THE HONORABLE TIMOTHY M. BURGESS

<u>PROCEEDINGS</u>:      ORDER FROM CHAMBERS

Three motions are currently pending in this case. First, Plaintiff, proceeding pro se, requests a 60 day continuance or stay in this matter to allow him to complete discovery. Docket No. 31. Next, Plaintiff requests permission to file his witness list late. Docket No. 33. Finally, Plaintiff seeks an extension of time to file the Status Report ordered by the Court. Docket No. 35. Defendants have not filed oppositions to any of the motions. However, a Joint Status Report was filed by the parties on May 23, 2006. Docket 34.

**IT IS THEREFORE ORDERED:**

1. Plaintiff's motion for 60 additional days to complete discovery at Docket 31 is GRANTED. Discovery shall be <u>completed</u> by July 17, 2006.

2. Plaintiff's motion for leave to file a late witness list at Docket 33 is GRANTED. In light of the extension on the close of discovery, and the agreement in the Joint Status Report, witness lists shall be filed and exchanged by both parties no later than June 16, 2006.

3. Plaintiff's motion for an extension of time to file the joint status report is DENIED AS MOOT.

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: <u>June 9, 2006</u>