**EXHIBIT M**

Daniel P. Struck, Bar #012377
Timothy J. Bojanowski, Bar #022126
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012
Telephone: (602) 263-7324
Fax: (602) 200-7837
tbojanowski@jshfirm.com

Attorneys for Defendants Marc Antrim, Mike Ensch, Frank Luna, Aguirre, and Corrections Corporation of America

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ALASKA**

**AT ANCHORAGE**

| | |
|---|---|
| Earl Worthy, III,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MARC [SIC] ANTRIM, COMMISSIONER DEPARTMENT OF CORRECTIONS, STATE OF ALASKA,<br><br>REV. MIKE ENSCH, CHAPLAIN [SIC] COORDINATOR, ALASKA CORRECTIONAL MINISTRIES, DEPARTMENT OF CORRECTIONS, STATE OF ALASKA,<br><br>FRANK LUNA, WARDEN & CEO, FLORENCE CORRECTIONAL CNTR.,<br><br>CORRECTIONS CORPORATION OF AMERICA,<br><br>CHAPLAIN AGUIRRE, CHAPLAIN, ALASKA CONTRACT, FLORENCE CORRECTIONAL CTR.,<br><br>　　　　　　Defendants.<br><br>Sued in their official and individual capacities, | |

Defendants. | NO. 3:05-cv-00248 (TMB)

## AFFIDAVIT OF BETTY GRAVIET

STATE OF ARIZONA )
                 ) ss
County of Pinal  )

I, **Betty Graviet**, being of sound mind, age or majority and under no legal disability, and after first being duly sworn according to law, hereby declare under penalty of perjury the following based upon personal knowledge:

1. I am employed by the Corrections Corporation of America, at the Florence Correctional Center, in Florence, Arizona, and am the inmate records clerk.
As part of my job duties and responsibilities,

2. I am familiar with all prison policies and records applicable to inmates and pending litigation.

3. As part of my duties at FCC, it is and was my responsibility to maintain records for CCA at the facility, during the time periods Plaintiff was incarcerated at the facility.

4. That the attached records are true and accurate copies of records regularly maintained by CCA at FCC, and said records are business records of CCA, maintained during the regular course of business of CCA.

2 of 3

FURTHER, AFFIANT SAYETH NAUGHT.

I do declare under penalty of perjury the foregoing statements are true and correct.

                                          _Betty Graviet_
                                          Betty Graviet

STATE OF ARIZONA  )
                         ) ss
County of          )

SWORN TO BEFORE ME, and subscribed in my presence this _16_ day of June, 2006.



                                              Notary Public

My Commission expires: _11/8/2009_

1643615.1