RECEIVED

JUN 1 9 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Earl Worthy III #368520
Florence Corectional Cntr.
CCA/FCC POB 6200
Florence, AZ. 85232

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

EARL WORTHY III,            )
                            )
    Plaintiff,              )
                            )
vs.                         )
                            )
MARC ANTRIM, et al.,        )
                            ) CASE NO.: 3:05-CV-0248 (TMB)
    Defendants.             )
                            )

### MOTION TO PRESENT WITNESS TESTIMONY BY TELEPHONIC MEANS

COMES NOW THE PLAINTIFF, EARL WORTHY III, pro se, and pursuant to Local Rule 7.3(a) moves for leave to present the potential testimony of Mr. Robert Akrish telephonically.

DONE THIS 12th, day of June, 2006 at Florence, Arizona.

*[signature]*
Earl Worthy III

This certifies that a correct copy of
the forgoing was mailed to:

Jones, Skelton, & Hochuli, P.L.C.
2901 N. Central Ave., ste 800
Phoenix, AZ. 85012

*[signature]* / 6/13/06
Earl Worthy III     Date

1 of 1