Earl Worthy III #368520
Florence Correctional Cntr.
CCA/FCC POB 6200
Florence, AZ. 85232

RECEIVED

JUN 1 9 2006

CLERK, U.S. DISTRICT COURT,
ANCHORAGE, ALASKA

UNITED STATES DISRICT COURT
DISTRICT OF ALASKA

EARL WORTHY III,                )
                                )
    Plaintiff,                  )
                                )
vs.                             )
                                )
MARC ANTRIM, et al.,            )
                                )  CASE NO.: 3:05-CV-0248 (TMB)
    Defendants.                 )
                                )

### MOTION TO TRANSFER THE ABOVE CAPTIONED MATTER
### TO THE UNITED STATES DISTRICT COURT, DISTRICT OF ARIZONA
### PHOENIX DIVISION

COMES NOW THE PLAINTIFF, EARL WORTHY III, pro se, and pursuant to 28 U.S.C. § 1404(a), moves that the above captioned matter be transfered to the District of Arizona, Division of Phoenix. Both the plaintiff, pro se, and counsel for the defendants reside in the District of Arizona. Further the actions in controversy occured in that district.

DONE THIS 12th, day of June, 2006 at Florence, Arizona.

_____
Earl Worthy III #368520

This certifies that a true and correct copy
of the forgoing was served by mail to:

Jones, Skelton, & Hochuli, P.L.C.
2901 N. Central Ave., ste 800
Phoenix, AZ. 85012

_____ , 6/13/06
Earl Worthy III          Date