Earl Worthy III #368520
Florence Correctional Cntr.
CCA/FCC POB 6200
Florence, AZ. 85232

RECEIVED
JUN 1 9 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| EARL WORTHY III, <br><br> Plaintiff, <br><br> vs. <br><br> MARC ANTRIM, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CASE NO.: 3:05-CV-0248 (TMB) <br> ) <br> ) |

### PETITION FOR A WRIT OF HABEAS CORPUS AD TESTIFICANDUM

COMES NOW THE PLAINTIFF, EARL WORTHY III, pro se, and respectfully petitions this court for a writ of Habeas Corpus Ad Testificandum.

Pursuant to 28 U.S.C. § 2241(c)(5), the plaintiff request that the court issue an order requiring defendant Warden Frank Luna to bring the plaintiff before the court for trial at a time and location to be determined by the court.

The plaintiff's case depends in large part upon his own testimony. Since the credibility of witnesses will be an issue in this matter, the jury should be allowed to hear the plaintiff testify personally and observe his demeanor.

The plaintiff is proceeding pro se in this matter and should therefore be produced to manage the presentation of his case, to cross-examine the defendants who testify and their witnesses, and to hear the defendant's case and present appropriate rebuttal evidence.

Plaintiff request that the defendants bear the cost of the implementation of this writ.

DONE THIS 12th, day of June, 2006 at Florence, Arizona.

*Earl Worthy III*
Earl Worthy III #368520

This certifies that a true and correct copy of the forgoing was served by mail to:

Jones, Skelton, & Hochuli, P.L.C.
2901 N. Central Ave., ste 800
Phoenix, AZ. 85012

*Earl Worthy III*, 6/13/06
Earl Worthy III       Date