Earl Worthy III #368520
Florence Correctional Cntr.
POB 6200
Florence, AZ. 85232



UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| EARL WORTHY III,<br><br>   Plaintiff,<br><br>vs.<br><br>MARC ANTRIM, et al.,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CASE NO.: 3:05-CV-0248 (TMB)<br>)<br>) |

### REQUEST FOR EXTENSION OF TIME TO RESPOND TO
### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

COMES NOW THE PLAINTIFF, EARL WORTHY III, pro se, and request an extension of time to respond to defendant's Motion for Summary Judgment.

This request is brought pursuant to Fed.R.Civ.P. 6(b)(1).

This request is supported by affidavit of plaintiff.

DONE THIS 27th, day of June, 2006 at Florence, Arizona.

                                        _/s/ Earl Worthy III_
                                        Earl Worthy III #368520

This certifies that a true and correct copy
of the foregoing was mailed to:

Jones, Skelton, & Hochuli, P.L.C.
2901 N. Central Ave., ste 800
Phoenix, AZ. 85012
_/s/ Earl Worthy III_ / 6/27/06
Earl Worthy III        Date

1