RECEIVED
JUL 0 5 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| EARL WORTHY III, | ) |
| Plaintiff, | ) |
| vs. | ) |
| MARC ANTRIM, et al., | ) |
| Defendants. | ) CASE NO.: 3:05-CV-0248 (TMB) |

**AFFIDAVIT OF PLAINTIFF**

| | |
|---|---|
| STATE OF ARIZONA | ) |
| | ) SS: |
| COUNTY OF PINAL | ) |

I, Earl Worthy III, under penalty of perjury swear and affirm the following:

1) I am the plaintiff in the above caption case. I make this affidavit in support of my request for an extension of time in which to respond to defendant's Motion for Summary Judgment.

2) I received defendant's motion accompanyed by the Court's Notice Regarding Motion for Summary Judgment on June 20, 2006.

1

3) Discovery in this case does not close till July 17, 2006.

4) I have requested discovery from defendants that directly relates to issues raised in defendant's <u>Motion for Summary Judgment</u>; in particular with regard to jurisdiction under the Religious Land Use and Institutionalized Person Act.

5) I have not yet received said discovery.

6) There is a further complication regarding the imminent tranfer of the entire Alaska contract population to a new prison.

7) Said transfer is tenatively set to begin during the first week of July and will take approximately three to four weeks to complete.

8) The law library at this facility will be disassembled for transfer.

9) I have no idea when the law library will be reassembled at the new facility but late July would not be an unreasonable guess.

10) I am a pro se plaintiff with limited legal knowledge and skills - I must educate myself at each new step in this case.

11) I request therefor a 45 day extension commencing on July 17, 2006(close of discovery)permitting my response on or before August 31, 2006.

FURTHER AFFIANT SAYETH NAUGHT

DONE THIS 27th, day of June, 2006 at Florence, Arizona.

_____
Earl Worthy III #368520

SUBSCRIBED TO AND SWORN before me this 27th day of June, 2006 at Florence, Arizona.

_____
Notary Public
Comm. Ex.: 3-31-07

"OFFICIAL SEAL"
Jaci A. Matlock
Notary Public-Arizona
Pinal County
My Commission Expires 3/31/2007