Earl Worthy III #368520
CCA/FCC POB 6200
Florence, AZ. 85232

**RECEIVED**

AUG 1 7 2006

**CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA**

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| EARL WORTHY III, ) <br> ) <br> Plaintiff, ) <br> ) <br> VS. ) <br> ) <br> MARC ANTRIM, et al., ) <br> ) <br> Defendants. ) <br> ) | <br><br><br><br><br><br><br><br>CASE NO.: 3:05-CV-0248 (TMB) |

**REQUEST FOR TIME EXTENSION TO FILE PLAINTIFF'S
OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

COMES NOW THE PLAINTIFF, Earl Worthy III, pro se, and request an additional extension of time in which to file his opposition to the defendant's Motion for Summary Judgment.

The plaintiff has completed his oppostion but requires the service of staff for the purpose of having copies made. In particular the plaintiff requires a copy of Alaska DOC Policy and Procedure 808.03. Law library staff have without explanation refused to provide, at his own expense, a copy of this document.

1

THIS IS TO CERTIFY THAT A COPY OF THIS
DOCUMENT WAS SERVED BY MAIL THIS
11th, day of August, 2006 to:

Jones, Skelton & Hochuli, P.L.C.
2901 N. Central Ave., Ste 800
Phoenix, AZ. 85012
Counsel for Defendants.

*Earl Worthy III*
EARL WORTHY III

Provided that the plaintiff is willing to pay for his legal copies law library staff are obligated per Alaska policy to provide them. They have refused to do so.

The plaintiff must acquire this material in order to file his opposition as it constitutes "Exhibit C" of his opposition.

It is plaintiff's belief that this refusal is related to the eminent(on or about the 15th. of this month)move to the new facility. Upon arrival at the new facility the plaintiff will again request copies of required materials.

If, however, the plaintiff is forced to make use of the administrative grievance procedure a delay will result in his ability to comply with the current due date. The plaintiff therefore request that the due date be changed to September 15, 2006.

DONE THIS 11th, day of August, 2006, under penalty of perjury at Florence, Arizona.

Earl Worthy III #368520