# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

EARL WORTHY, III   v.   MARK ANTRIM, et al.

THE HONORABLE TIMOTHY M. BURGESS

DEPUTY CLERK                                              CASE NO. 3:05-cv-00248-TMB

Elisa Singleton

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**         DATE: August 22, 2006

### EXTENSION OF TIME

Earl Worthy, representing himself and for good cause shown, has moved this Court for an extension of time in which to file his opposition to the defendants' motion for summary judgment.[1]  The motion was not opposed.

Mr. Worthy's motion for extension of time will, therefore, be granted, and he may file his opposition on or before **September 15, 2006**.

Mr. Worthy's later motion for an extension of time, at docket number 51, is now moot.

IT IS SO ORDERED.

---

[1] *See* Docket No. 49.

[~8139982.wpd]{IA.WPD*Rev.12/96}