RECEIVED
SEP 0 1 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

EXHIBIT A

| | |
|---|---|
| **CHAPTER 20:** | **INMATE/DETAINEE SERVICES AND PROGRAMS** |
| **SUBJECT:** | **CHAPLAIN/RELIGIOUS SERVICES** |
| **SUPERSEDES:** | **OCTOBER 25, 2001** |
| **EFFECTIVE DATE:** | **DECEMBER 6, 2004** |
| **APPROVED:** | *SIGNATURE ON FILE*<br>**FRANK LUNA - WARDEN** |

**20-102.1　PURPOSE:**

The purpose of this policy is to establish and describe the staff position of Chaplain, the tasks, privileges and responsibilities of the person holding that position; and that person's relationship to the institution, its inmate/detainees and the community.

**20-102.2　AUTHORITY:**

Contract.

**20-102.3　DEFINITIONS:**

Chaplain - The person responsible for planning, direction and supervision of all aspects of the religious program at the facility under the supervision of the Programs Manager. The Chaplain is responsible for the approval and training of both lay and clergy volunteers from faith groups represented in the inmate/detainee population. The Chaplain assures equal status and protection for all religions represented in the inmate/detainee population. The Chaplain has access to all areas of the facility to fulfill these duties.

Legitimate Religious Practice - An activity offered by a Chaplain or sponsored by a faith group from the community. A faith group is generally recognized outside of the institution as an incorporated entity which advances spiritual and religious faith and conduct, and whose views are not defamatory, racial, political, divisive or negative in nature.

Religious Activity - An activity designed specifically for worship, religious instruction, or spiritual guidance.

Volunteers - Citizens from the community, designated by a faith group and recommended to the institution by that faith group, to donate time, skills and goodwill to enhance the religious activities of the institution. Volunteers are screened and selected on the basis of their personal qualities and the resources they can contribute to the religious activities of the institution.

**20-102.4　POLICY:**

The Florence Correctional Center will provide a full-time Chaplain to supervise religious programs at the institution. The Chaplain shall have Clinical Pastoral Education and the endorsement of the appropriate religious certifying body. In addition, the facility will provide space and equipment adequate for the conduct and administration of religious programs. Non-inmate clerical staff will be available to the Chaplain when dealing with confidential material.

**20-102.5　PROCEDURES:**

A.　The Chaplain in cooperation with the facility administrator, plans, directs, and supervises all aspects of the religious program including approval and training of both lay and clergy volunteers from faiths represented in the inmate population.

B.　The Chaplain will develop and maintain close relationships with religious resources in the community, especially faith groups and members of the clergy.

**PROPERTY OF CORRECTIONS CORPORATION OF AMERICA**

- C. The Chaplain will recommend to the Warden approval of proposed religious volunteers, after they have been screened and evaluated.

- D. Under supervision of the Programs Manager, the Chaplain will coordinate the volunteer ministries at the institution.

- E. The Chaplain will provide spiritual guidance to inmate/detainees who request such guidance.

    1. Any inmate/detainee may approach the Chaplain for spiritual guidance or religious activity at the Florence Correctional Center.

    2. Communication between an inmate/detainee and the Chaplain is confidential, except when an inmate/detainee's states that he plans harm to self or to others, or when his action will jeopardize the security of the facility.

    3. The Chaplain will interview inmate/detainees referred to him by institutional staff.

    4. The Chaplain is the staff member designated to deliver news of death or serious illness to or about an inmate/detainee. In the absence of the Chaplain, reference will be made to facility policy 16-100, Access to Telephones.

- F. The Chaplain will visit those inmate/detainees who are housed in the infirmary, and segregation units, at least once a week.

- G. The Chaplain will lead weekly religious services and arrange for services by faith groups requested by the inmate/detainee population.

- H. The Chaplain's ministry is to all inmate/detainees, regardless of the inmate/detainee's religious beliefs or affiliation.

    1. Statement of Preference

        a. Inmates shall be given the opportunity to designate a religious preference during the initial intake. The religious preference will be in accordance with the contracting agency policy. If religious preference is not specified in the inmate file at the time of intake, the inmate will be given an opportunity to designate a religious preference. This preference shall be entered in the inmate file.

        b. Inmates may request a change in their religious preference (or declare a religious preference if previously designated as "none" or "no preference") at any time by:

            i. Completing a Request to Change Religious Preference form.

            ii. Attaching a written statement from an accredited minister/religious leader who is not an inmate.

            iii. Submitting the completed form and written statement to the Chaplain for processing and distribution.

        c. The Chaplain will monitor and review all inmate/resident requests for "Change of Religious Preference", for any misuse or abuse.

- I. The Chaplain has physical access to all areas of the institution to minister to inmate/detainees and to staff members.

- J. The Chaplain is accountable to the Warden through the Assistant Warden of programs and the Programs Manager.

**PROPERTY OF CORRECTIONS CORPORATION OF AMERICA**

| | |
|---|---|
| **20-102.6** | **REVIEW:** |
| | This policy will be reviewed annually by the Programs Manager and the Chaplain, who will recommend necessary revisions to the Warden. |
| **20-102.7** | **APPLICABILITY:** |
| | All staff, inmate/detainees and volunteers. |
| **20-102.8** | **ATTACHMENTS:** |
| | 20-102A - Request to Change Religious Preference Form |
| **20-102.9** | **REFERENCES:** |
| | ACA Standards. The ACA Standards for this facility are: |
| | **4-4512, 4-4513, 4-4514, 4-4515, 4-4516, 4-4517, 4-4518, 4-4519, 4-4520, and 4-4521.** |

**PROPERTY OF CORRECTIONS CORPORATION OF AMERICA**