EXHIBIT   B

# REQUEST FOR SERVICE

Inmate Name: Earl Worthy III     Number: 368520     Housing Location: JB207

To: Chaplain C. Aguirre     Date: 3/14/05

Subject (State briefly the problem on which you need assistance): I am Jewish and would like to practice my religion. I would like a copy of the Torah provided, Kosher meals, and access to order prayer oils along with anything else pertaining to the Jewish religion!!!

Please respond to these requests. Thank You!

Earl W. III

Note: If necessary, you may be interviewed in order to handle your request. Your failure to specifically state your problem may result in no action being taken.

## DO NOT WRITE BELOW THIS LINE

Referred To: _____     By: _____     Date: _____

Disposition / Response: Sir as I instructed you to write the "Aleph Institute" so that they may help you verify your cultural and Religious background as Jewish. I assisted you with a phone call to Aleph Institute and they stated that if you write them they would assist you. Please fill out Form 20-102A Request to Change Religious Preference so that I may assist you in acquiring what you have coming.

Chaplain C. Aguirre
Staff Member     3/28/05 Date

### Appointment to meet with staff

Staff member name: _____
Staff member signature: _____
Location of meeting: _____
Time _____ Date _____
If no appointment is required initial here _____

NOTE: If this area is filled out it will be your place to meet with requesting staff member at the designated time.

ORIGINAL - INMATE     YELLOW - RESPONDENT