**RECEIVED**

SEP 0 1 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| EARL WORTHY III, )<br>    Plaintiff, )<br>VS. )<br>MARC ANTRIM, et al., )<br>    Defendants. ) | CASE NO.: 3:05-CV-0248 (TMB) |

**AFFIDAVIT OF PLAINTIFF**

STATE OF ARIZONA        )
                        )SS:
COUNTY OF PINAL         )

I, Earl Worthy III, under penalty of perjury do swear and affirm the following:

1) I am the pro se plaintiff in the above captioned matter.

2) Plaintiff's opposition to defendant's <u>Motion for Summary Judgment</u> is brought in good faith and not for the purpose of harrasment or delay.

3) All statements of fact made by the plaintiff in his opposition to defendant's <u>Motion for Summary Judgment</u> are in the direct knowledge of the plaintiff.

4) Plaintiff's legal argument was researched and written by by the plaintiff with the assistance of a prisoner law librarian.

FURTHER AFFIANT SAYETH NAUGHT

DONE THIS 9th, day of August, 2006 at Florence, Arizona.

*Earl Worthy III*
Earl Worthy III #368520

SUBSCRIBED TO AND SWORN TO BEFORE ME THIS 9th, day of August, 2006 at Florence, Arizona.



*Denise Davis*
Notary Public

Comm. Ex.: 12/17/2006

**SEAL**