IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| EARL WORTHY, III,<br><br>    Plaintiff,<br><br>vs.<br><br>MARC (SIC) ANTRIM, COMMISSIONER DEPARTMENT OF CORRECTIONS, STATE OF ALASKA,<br><br>REV. MIKE ENSCH, CHAPLAIN (SIC) COORDINATOR, ALASKA CORRECTIONAL MINISTRIES, DEPARTMENT OF CORRECTIONS, STATE OF ALASKA,<br><br>FRANK LUNA, WARDEN & CEO, FLORENCE CORRECTIONAL CENTER,<br><br>CORRECTIONS CORPORATION OF AMERICA,<br><br>CHAPLAIN AGUIRRE, CHAPLAIN, ALASKA CONTRACT, FLORENCE CORRECTIONAL CENTER,<br><br>    Defendants.<br><br>Sued in their official and individual capacities, | Case No.<br>3:05-cv-248 (TMB)<br><br><br><br><br><br>**DEPOSITION OF:**<br>**EARL WORTHY, III**<br><br>Florence, Arizona<br>April 11, 2006<br>9:45 a.m. |

**REPORTED BY:**
SUZANNE SIMMS, RPR
Certified Reporter
Certificate No. 50118

**PREPARED FOR:**
THE COURT

(Original)



Simms Associates
CERTIFIED REPORTERS

T 602.230.5454
F 602.230.8884
E simmsreporters@cox.net

350 East Virginia Avenue
Suite 150
Phoenix, Arizona 85004

```
 1   quote, unquote, permitted to?
 2        A.   Yes.
 3        Q.   How do you do that?
 4        A.   Read the Torah, pray.  There aren't any services
 5   than I'm aware that they have here, and if there are, I
 6   have pretty much been denied access to religious materials
 7   that I need to practice my faith.
 8        Q.   Well, you have the Torah, right?
 9        A.   Yes, I do.
10        Q.   How did you get that?
11        A.   Judy Moore sent it to me.
12        Q.   That wasn't intercepted or anything like that,
13   correct?
14        A.   No.
15        Q.   So you have the Torah and you say you pray.  How
16   often do you pray?
17        A.   Every day.
18        Q.   And you read the Torah every day?
19        A.   Not every day.
20        Q.   Often?
21        A.   Fairly often.
22        Q.   You said you didn't know if they conducted Jewish
23   services here at the facility.
24        A.   I don't believe that they do.  There's very few
25   Jewish inmates in this facility.
```

```
 1      Q.   Have you made a request that they institute
 2  services?
 3      A.   Yes.  I haven't made a request that they start
 4  services.  I've just made a request to see a rabbi, to
 5  speak with a rabbi.  There was another inmate and he's not
 6  here anymore.  I wanted him and I to be able to have
 7  services together.  He was Jewish as well.
 8      Q.   What else?
 9      A.   I've requested a yarmulke, prayer oils, kosher
10  diet, and any other materials that would pertain to my
11  faith.
12      Q.   Like what?
13      A.   Anything that comes up that I realize that I
14  might need.
15      Q.   How long have you been, like, practicing your
16  faith here at this facility?
17      A.   I have been practicing my faith off and on
18  throughout my entire life.
19      Q.   Well, I guess what I'm looking to do is determine
20  whether you've been doing it here at the facility even
21  without the services or speaking to a rabbi.
22      A.   There's only so much that I can do without their
23  services.  Without their help and assistance, there's only
24  so many things I can do.
25      Q.   Have you participated in any type of diet
```

```
 1   restriction on your own?
 2        A.   No, I haven't.
 3        Q.   So you don't follow that aspect of the faith?
 4        A.   No, I don't.
 5        Q.   Are you saying because it's not required or you
 6   just don't do it?
 7        A.   I believe it's only required when you're an
 8   orthodox Jew.  I'm unorthodox.
 9        Q.   So you really don't have a complaint about a
10   religious diet; is that right?
11        A.   My complaint is not so much with just the diet,
12   it's with not having -- I don't even know a whole lot
13   about the restrictions of the Jewish faith or any other
14   religion, and that's what I'm seeking to have help with,
15   as well as the diet itself.  I don't know a whole lot
16   about my religion, and that's why I'm seeking to learn.
17        Q.   And you're saying that they will not permit you
18   to practice as a Jew here?
19        A.   They're not assisting me in any way at all.
20        Q.   They're not assisting you or they're preventing
21   you?
22        A.   They're preventing me.
23        Q.   They're preventing you.  How are they doing that?
24        A.   By not following through with a request that I've
25   submitted several times.  By not even taking the time out
```

1  to say, hey, we can help you do this.  We can help you get
2  your diet.  We can help you get a new Torah sent in.  We
3  can help you with a yarmulke.  We can help you with all
4  the religious materials.
5          I was under the impression chaplains are
6  supposed to help inmates who are seeking to be closer with
7  their faith and have access to the religious materials
8  they need, assist them in any way necessary.
9      Q.  What religion are you designated here at this
10 facility by facility records?
11     A.  By their records, I'm not registered as any
12 religion at all.  I believe they have me down as being
13 atheist, but upon entering this facility I said that I was
14 Jewish at intake.  Upon entering this facility here, not
15 the one next door, Central Arizona Detention Center.  Upon
16 entering Florence Correctional Center I stated I was
17 Jewish at the intake.  I requested a copy of that
18 paperwork and nobody's provided it.
19     Q.  What did you tell them when you were over at
20 CADC?
21     A.  I'm not certain what I put down, just that I'm
22 not religious.
23     Q.  You're saying to me that the chaplain will not
24 allow you to practice your faith, correct?
25     A.  Yes, that's correct.

```
 1       Q.   He doesn't do that because he won't let you have
 2  contact with a rabbi, correct?
 3       A.   That's part of it.
 4       Q.   Do you know how many Jewish inmates there are at
 5  this facility aside from yourself?
 6       A.   I can guesstimate.  Maybe five out of 2,000
 7  people here.
 8       Q.   Has the chaplain ever prevented you from praying
 9  at all?
10       A.   There's no way he can prevent me from praying.  I
11  can pray in my cell.
12       Q.   Is a congregational service something that's
13  required as part of the Jewish faith?
14       A.   I'm not certain.
15       Q.   Is the yarmulke something that's required as part
16  of the Jewish faith?
17       A.   For certain religious ceremonies you're supposed
18  to have a yarmulke.
19       Q.   The oils that you're talking about, I don't think
20  I'm familiar with those.  What are those?
21       A.   Oils are just for any faith.  You can have oils
22  when you pray.
23       Q.   What do you do with them?
24       A.   Put them on, open them up, put them on your Star
25  of David or whatever religious item that you have.
```

```
 1      Q.   Are the use of oils something that's required as
 2 part of the Jewish faith?
 3      A.   I don't believe so.
 4      Q.   Now, as far as the diet is concerned, I
 5 understand your testimony to be that you don't follow the
 6 diet restrictions because you're not an orthodox Jew,
 7 right?
 8      A.   I don't follow the diet restrictions because I
 9 haven't been allowed to even do so.  I haven't had the
10 opportunity to even see a diet or have a diet or try a
11 diet here.
12      Q.   Do you order any kind of kosher foods or anything
13 of that nature?
14      A.   I think they might have two items on commissary
15 that are kosher.
16      Q.   Do you order those?
17      A.   No, I don't.  They're not even food items.
18 They're like a seasoning or something, bouillon cubes,
19 like a flavor cube or something.  That's the only thing
20 I've seen in the commissary that's kosher.
21      Q.   Do you avoid, like, pork products or anything
22 like that?
23      A.   Sometimes.
24      Q.   But you're not strict on it as you earlier
25 indicated?
```

```
 1      A.    No.
 2      Q.    I've got some documents we're going to look at
 3  here briefly.  I'm going to hand you what's been
 4  previously marked as Exhibit No. 1 and ask you to have a
 5  look at that.  Do you see that document?
 6      A.    Yes, I do.
 7      Q.    Is that your signature on that document?
 8      A.    Yes, it is.
 9      Q.    You got a prisoner handbook?
10      A.    Yes.  This is for the Central Arizona Detention
11  Center.  This isn't for this facility.  So the same rules
12  that would apply at that facility wouldn't apply here.
13      Q.    Why do you say that?
14      A.    Because they're different facilities.
15      Q.    I'll hand you Exhibit No. 2 and ask you to have a
16  look at that document.  Apparently sometime in 1999,
17  according to Chaplain Hackett, you had requested some
18  supplies for the Jewish faith.  And here it says that your
19  file indicates you're ethnicity is black and faith is
20  irreligious, preference agnostic.  Do you recall that?
21      A.    Yes, I do.  This is from Central Arizona
22  Detention Center as well.
23      Q.    Okay.
24      A.    It's not from this facility.
25      Q.    We have a few records from CADC.  Okay?
```

```
 1   to write any religious organization.  It's not my
 2   responsibility to prove or verify, as he says, what my
 3   cultural and religious background is.  That's not my
 4   responsibility.  I shouldn't have to do that.
 5        Q.   That's because you said upon entry into this
 6   facility that's what you designated yourself as, so you
 7   feel by that designation alone you should be provided all
 8   the materials you want to practice the Jewish faith.  Is
 9   that what you're saying?
10        A.   No.  Not so much as that itself, because it's
11   free exercise of religion.  It's your right.  That's why
12   people come to this country from all over the world is to
13   be able to practice their a religion without jumping
14   through hoops and barriers.
15        Q.   But as far as this facility is concerned, the
16   first time that you declared your religious affiliation,
17   you say, was at the intake to this facility; is that
18   correct?
19        A.   Yes.  Upon arriving at this facility I'm 100
20   percent certain that I claimed that I was Jewish.
21        Q.   Here the chaplain requests that your uncle send
22   documentation to assist you in your endeavor.  Did you
23   ever ask your uncle to send anything in?
24        A.   There's no documentation that my uncle could
25   send.
```

```
 1      A.    No, I don't.
 2      Q.    In the past?
 3      A.    I have spoken to a rabbi in Seattle before that
 4   works with prisoners and stuff like that.
 5      Q.    Who would that person be?
 6      A.    I don't have his name offhand.
 7      Q.    Was he part of the Seward prison facility?
 8      A.    No, he wasn't.
 9      Q.    What's the most important Jewish holiday through
10   the year?
11      A.    I don't know that one would be more important
12   than the other.
13      Q.    Why don't you give me a listing of the more
14   important Jewish holidays, say the top three.
15      A.    Passover, Yom Kippur, Rosh Hashanah.  Growing up
16   as a kid, Hanukkah was probably one of my favorite ones.
17      Q.    When is Rosh Hashanah?
18      A.    I'm not certain.
19      Q.    How about Passover?
20      A.    I'm not certain.
21      Q.    And Yom Kippur you said was a holiday?
22      A.    Yes.  Actually, I'm not certain if it's a
23   holiday, but I remember having study and family gatherings
24   when it was Yom Kippur.  We would do prayer.  I don't know
25   if it's a holiday or not, but we do prayers and stuff.
```