Earl Worthy III #368520
CCA/RRCC (AK Contract)
1752 E. Arica Rd.
Eloy, AZ. 85231

**RECEIVED**

FEB 16 2007

CHAMBERS OF
TIMOTHY M. BURGESS
DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Earl Worthy III,<br><br>    Plaintiff,<br><br>VS.<br><br>Marc Antrim, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:05-CV-00248 (TMB)<br>) |

**CASE STATUS REQUEST**

The Plaintiff respectfully request that the Court inform him regarding the status of this case, specifically any pending motions that have not yet been ruled on. The Plaintiff is a pro se litigant and is unsure what the next stage of the proceedings are.

DONR THIS 12th, day of February, 2007 at Eloy, Arizona.

_Earl Worthy III_
Earl Worthy III

This is to certify that a true and correct copy
of the forgoing was mailed to:

Jones, Skelton & Hochuli, P.L.C.
2901 N. Central Ave., ste 800
Phoenix, AZ. 85012

Counsel for Defendants.

_Earl Worthy III_, 2/12/07
Earl Worthy III      Date

pg. 1 of 1