Daniel P. Struck, Bar #012377
Timothy J. Bojanowski, Bar #022126
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012
Telephone: (602) 263-7324
Fax: (602) 200-7837
tbojanowski@jshfirm.com

Attorneys for Defendants Marc Antrim,
Mike Ensch, Frank Luna, Aguirre, and
Corrections Corporation of America

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ALASKA**

**AT ANCHORAGE**

| | |
|---|---|
| Earl Worthy, III,<br><br>            Plaintiff,<br><br>    v.<br><br>Marc Antrim, *et al.*<br><br>            Defendants. | NO. 3:05-cv-00248 (TMB)<br><br>**JOINT STATUS REPORT** |

    Pursuant to D.Ak.L.R. 40.3(a) and the Court's July 19, 2007 Order (Certification of Readiness for Trial), [Doc. #60], undersigned Plaintiff and defense counsel telephonically met and conferred on July 24, 2007, and make the following joint report:

    A.    All depositions and other discovery procedures necessary to adequately prepare for trial have been completed.

    B.    There are no outstanding legal issues which are appropriate for resolution of motion. However, the parties intend to file a joint motion for leave to

Joint Status Report
*Worthy v. Antrim, et al.*
3:05-cv-00248 (TMB)
1805975.1                1 of 3

   deviate from the requirements of D.Ak.L.R. 39.2, to obviate the need for the parties to personally appear before a deputy clerk prior to trial. That motion will be filed within 30 days herewith. Aside from that Joint Motion and any motion which Plaintiff is permitted to renew, pursuant to the Court's July 18, 2007 Order Denying Summary Judgment [Doc. #59], the parties certify that there are no outstanding procedural issues which are appropriate for resolution by motion.

 C. The parties certify that they are undertaking settlement negotiations at this time, and request a telephonic settlement conference with another judge to be scheduled in December 2007, as a final good faith attempt to settle this case.

Furthermore, the parties anticipate that trial in this matter will take five days. The parties suggest that trial be scheduled for March 10-14, 2008 or, alternatively, April 7-11, 2008.

Joint Status Report
*Worthy v. Antrim, et al.*
3:05-cv-00248 (TMB)
1805975.1        2 of 3

RESPECTFULLY SUBMITTED this 3rd day of August 2007.

JONES, SKELTON & HOCHULI, P.L.C.

By s/Timothy J. Bojanowski, *via telephonic consent*
Earl Worthy, III, #368520
Red Rock Correctional Facility (AK Contract)
1752 East Arica Road
Eloy, Arizona 85231
Tel:  (520) 464-3800

*Plaintiff Pro Per*

By s/Timothy J. Bojanowski
Daniel P. Struck
Timothy J. Bojanowski
Jones, Skelton & Hochuli, PLC
2901 N. Central Avenue, Suite 800
Phoenix, Arizona  85012
Tel:  (602) 263-7324
Fax:  (602) 200-7837
E-mail: tbojanowski@jshfirm.com

Michael D. Corey
ABA #8511130
Sandberg, Wuestenfeld & Corey
701 West 8th Avenue, Suite 1100
Anchorage, Alaska  99501
Tel:  (907) 276-6363
Fax:  (907) 276-3528

*Attorneys for Defendants Antrim, Ensch, Aguirre, and Corrections Corporation of America*

This is to certify that a true and correct copy of the foregoing was served by ( XX ) mail (   ) hand (   ) fax this _____ day of August 2007, to:

Earl Worthy, III, #368520
**RED ROCK CORRECTIONAL FACILITY (AK CONTRACT)**
1752 East Arica Road
Eloy, Arizona 85231
*Plaintiff Pro Per*


      s/Dianne Clark