Daniel P. Struck, Bar #012377
Timothy J. Bojanowski, Bar #022126
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona  85012
Telephone:  (602) 263-7324
Fax:  (602) 200-7837
tbojanowski@jshfirm.com

Attorneys for Defendants Marc Antrim, Mike Ensch, Frank Luna, Aguirre, and Corrections Corporation of America

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ALASKA**

**AT ANCHORAGE**

| | |
|---|---|
| Earl Worthy, III,<br><br>              Plaintiff,<br><br>      v.<br><br>MARC [SIC] ANTRIM, *et al.*,<br><br>              Defendants. | NO. 3:05-cv-00248 (TMB) |

**ORDER GRANTING DEFENDANTS' CONSENT MOTION TO TRANSFER**

IT IS ORDERED, granting Defendants' Consent Motion to Transfer, and transferring this matter to the District Court of Arizona.

Dated: _____

By _____
    The Honorable Timothy M. Burgess