Earl Worthy III #368520
CCA/Red Rock
1752 E. Arica Rd.
Eloy, AZ 85231

RECEIVED
SEP 0 4 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

8/29/07

Case # 3:05-CV-00248-
TMB Worthy V. Antrim
Re: Change of address

Dear Clerk,
      I have a new address please change
in my file. The above & below address is my new one.
      Thank you


                              Respectfully,
                              Earl Worthy III #368520
                              Earl Worthy III #368520


NEW ADDRESS:    Earl Worthy III #368520
                CCA/Red Rock
                1752 E. Arica Rd.
                Eloy, AZ 85231

Earl Worthy III #368520
CCA/Red Rock
1752 E. Arica Rd.
Eloy, AZ 85231

United States District Court
Federal Building U.S. Courthouse
(Deputy Clerk Pam Richter)
222 W. 7th Ave., # 4

Anchorage, AK  99513-7564