Daniel P. Struck, Bar #012377
Timothy J. Bojanowski, Bar #022126
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona  85012
Telephone:  (602) 263-7324
Fax:  (602) 200-7837
tbojanowski@jshfirm.com

Attorneys for Defendants Marc Antrim,
Mike Ensch, Frank Luna, Aguirre, and
Corrections Corporation of America

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ALASKA**

**AT ANCHORAGE**

| | |
|---|---|
| Earl Worthy, III,<br><br>                    Plaintiff,<br><br>        v.<br><br>Marc Antrim, *et al.*<br><br>                    Defendants. | NO. 3:05-cv-00248 (TMB)<br><br>**JOINT STATUS REPORT** |

   Pursuant to the Court's August 20, 2007 Minute Order from Chambers, [Doc. #63], undersigned Plaintiff and defense counsel make the following joint report:

   A.   Since August 2007, the parties have conferred three times in good faith regarding settlement of this litigation.

   B.   While those discussions have not resulted in settlement, the parties remain hopeful that a settlement will be reached, and will continue to negotiate in good faith.

C.  The parties request that a settlement conference be held with a different judge in December 2007. The parties request that Plaintiff, Defendant, and Defense Counsel attend this conference telephonically.

D.  Should the parties reach a tentative settlement prior to the settlement conference, Defendants will immediately file a Notice of Tentative Settlement with the Court via the CM/ECF system. If a settlement is finalized, Defendants will file a Praecipe of Dismissal via the CM/ECF system.

RESPECTFULLY SUBMITTED this 30th day of October 2007.

JONES, SKELTON & HOCHULI, P.L.C.

By s/Timothy J. Bojanowski, *via telephonic consent*
Earl Worthy, III, #368520
Red Rock Correctional Facility (AK Contract)
1752 East Arica Road
Eloy, Arizona 85231
Tel: (520) 464-3800

*Plaintiff Pro Per*

By s/Timothy J. Bojanowski
Daniel P. Struck
Timothy J. Bojanowski
Jones, Skelton & Hochuli, PLC
2901 N. Central Avenue, Suite 800
Phoenix, Arizona 85012
Tel: (602) 263-7324
Fax: (602) 200-7837
E-mail: tbojanowski@jshfirm.com
Michael D. Corey
ABA #8511130
Sandberg, Wuestenfeld & Corey
701 West 8th Avenue, Suite 1100
Anchorage, Alaska 99501
Tel: (907) 276-6363
Fax: (907) 276-3528

*Attorneys for Defendants Antrim, Ensch, Aguirre, and Corrections Corporation of America*

This is to certify that a true and correct copy of the foregoing was served by ( XX ) mail (   ) hand (   ) fax this 30th day of October 2007, to:

Earl Worthy, III, #368520
**RED ROCK CORRECTIONAL FACILITY (AK CONTRACT)**
1752 East Arica Road
Eloy, Arizona 85231
*Plaintiff Pro Per*

　　　s/Dianne Clark
_____