UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | | |
|---|---|---|
| **EARL WORTHY, III** ) | | |
| ) | | |
| Plaintiff, ) | Case No. 3:05-cv-248 TMB | |
| ) | | |
| vs. ) | **O R D E R** | |
| ) | | |
| **MARC ANTRIM, et al** ) | (Request for Settlement Conference) | |
| ) | | |
| **Defendant.** ) | | |
| ) | | |

    Parties to this case have requested a settlement conference.  In preparation for the scheduling of a settlement conference before the Honorable James A. von der Heydt, each party shall deliver a candid settlement brief no later than December 27, 2007, to the chambers of Judge von der Heydt, under seal, Each party's brief shall be in conformity with the attached appendix.  Parties are instructed to mail or deliver **only** the original memorandum to the settlement conference judge. Judge von der Heydt's mail should be addressed to 222 W. 7th Ave. #40, Anchorage, AK  99513.

    The settlement conference judge will undertake a preliminary review of the settlement conference memoranda.  A settlement conference will be scheduled only if, on the basis of these memoranda, it appears that there is a reason to believe that, with the assistance of the court, a settlement of the case can be negotiated.

    A party's settlement memorandum may not be disclosed to anyone without the party's consent and is not admissible in evidence.

    At any conference resulting from this order, all counsel shall appear with full authority to settle all issues of this litigation; and, if such is impossible to obtain, counsel shall have their clients, with full settlement authority, available in person or by telephone at the time of the settlement conference.

    DATED at Anchorage, Alaska, this 4th of December, 2007.

                               /s/ Timothy M. Burgess
                               TIMOTHY M. BURGESS
                               UNITED STATES DISTRICT COURT JUDGE

**APPENDIX**

(1)     Each counsel shall lodge, under seal, with the Chambers of Judge von der Heydt, a brief informal statement of his client's position regarding settlement.  The strengths and weaknesses of one's position must be candidly disclosed and appraised.

(2)     The statement required by paragraph (1) may not exceed twenty (20) pages (including attachments), double spaced on standard 8-1/2" x 11" paper.

(3)     If plaintiff seeks monetary damages, a specific present reasonable dollar figure requested by plaintiff must be set forth.  If plaintiff is unable to set forth such figure, the purpose of which is to aid the settlement judge in evaluating the case, a convincing statement must be included, stating the reasons that no such figure can be included.

(4)     Defendant must set forth its present reasonable dollar figure offer.  Likewise, if defendant is unable to set forth such figure, the purpose of which is to aid the settlement judge in evaluating the case, a convincing statement must be included, stating the reasons no such figure can be included.