Daniel P. Struck, Bar #012377
Timothy J. Bojanowski, Bar #022126
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona  85012
Telephone:  (602) 263-7324
Fax:  (602) 200-7837
tbojanowski@jshfirm.com

Attorneys for Defendants Marc Antrim, Mike Ensch, Frank Luna, Aguirre, and Corrections Corporation of America

## UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

## AT ANCHORAGE

| | |
|---|---|
| Earl Worthy, III,<br><br>         Plaintiff,<br><br>     v.<br><br>MARC [SIC] ANTRIM, *et al.*<br><br>         Defendants. | NO. 3:05-cv-00248 (TMB) |

### NOTICE OF SETTLEMENT

Defendants Marc [sic] Antrim, Mike Ensch, Frank Luna, Christopher Aguirre, and Corrections Corporation of America, through counsel, hereby advise the Court that the parties have reached a tentative settlement in this matter.  The parties anticipate filing a Stipulation to Dismiss with Prejudice and Order in the near future and request the Court's December 4, 2007 Order (Request for Settlement Conference) [Doc. No. 66] be vacated.

RESPECTFULLY SUBMITTED this 21st day of December 2007.

JONES, SKELTON & HOCHULI, P.L.C.

By s/Timothy J. Bojanowski
   Daniel P. Struck
   Timothy J. Bojanowski
   2901 N. Central Ave., Suite 800
   Phoenix, Arizona  85012
   Tel:  (602) 263-7324
   Fax:  (602) 200-7837
   E-mail: tbojanowski@jshfirm.com

   Michael D. Corey
   ABA #8511130
   Sandberg, Wuestenfeld & Corey
   701 West 8th Avenue, Suite 1100
   Anchorage, Alaska  99501
   Tel:  (907) 276-6363
   Fax:  (907) 276-3528

   *Attorneys for Defendants Antrim, Ensch, Luna, Aguirre, and Corrections Corporation of America*

This is to certify that a true and correct copy of the foregoing was served by ( XX  ) mail (    ) hand (    ) fax this 21st day of December 2007, to:

Earl Worthy, III, #368520
**RED ROCK CORRECTIONAL FACILITY (AK CONTRACT)**
1752 East Arica Road
Eloy, Arizona 85231
*Plaintiff Pro Per*

The Honorable James A. von der Heydt
**UNITED STATES DISTRICT COURT, DISTRICT OF ALASKA**
222 West 7th Avenue, #40
Anchorage, Alaska 99513


   s/Dianne Clark


Notice of Settlement

*Worthy v. Antrim, et al.*

3:05-cv-00248 (TMB)

1856115.1                                      2 of 2