Daniel P. Struck, Bar #012377
Timothy J. Bojanowski, Bar #022126
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012
Telephone: (602) 263-7324
Fax: (602) 200-7837
tbojanowski@jshfirm.com

Attorneys for Defendants Marc Antrim, Mike Ensch, Frank Luna, Aguirre, and Corrections Corporation of America

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

AT ANCHORAGE

| | |
|---|---|
| Earl Worthy, III,<br><br>        Plaintiff,<br><br>v.<br><br>MARC [SIC] ANTRIM, *et al.*<br><br>        Defendants. | NO. 3:05-cv-00248 (TMB) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Comes now Plaintiff, with Defendants Marc [sic] Antrim, Mike Ensch, Frank Luna, Christopher Aguirre and Corrections Corporation of America, through counsel, and stipulate that this case be dismissed with prejudice on the merits as to all claims that were or could have been brought. All parties to bear their own costs and fees.

RESPECTFULLY SUBMITTED this 28th day of December, 2007.

                                                                JONES, SKELTON & HOCHULI, P.L.C.

By /s/ Earl Worthy, III
Earl Worthy, III, #368520
RED ROCK CORRECTIONAL FACILITY (AK CONTRACT)
1752 East Arica Road
Eloy, Arizona 85231
*Plaintiff Pro Per*

By /s/
Daniel P. Struck
Timothy J. Bojanowski
2901 N. Central Ave., Suite 800
Phoenix, Arizona 85012
Tel: (602) 263-7324
Fax: (602) 200-7837
E-mail: tbojanowski@jshfirm.com

Michael D. Corey
ABA #8511130
Sandberg, Wuestenfeld & Corey
701 West 8th Avenue, Suite 1100
Anchorage, Alaska 99501
Tel: (907) 276-6363
Fax: (907) 276-3528

*Attorneys for Defendants Antrim, Ensch, Luna, Aguirre, and Corrections Corporation of America*

This is to certify that a true and correct copy of the foregoing was served by (X) mail ( ) hand ( ) fax this 28th day of December, 2007, to:

Earl Worthy, III, #368520
RED ROCK CORRECTIONAL FACILITY (AK CONTRACT)
1752 East Arica Road
Eloy, Arizona 85231
*Plaintiff Pro Per*

/s/ Deanne Clark

Stip. for Dismissal
*Worthy v. Antrim, et al.*
3:05-cv-00248 (TMB)