UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

AT ANCHORAGE

| | |
|---|---|
| Earl Worthy, III,<br><br>                 Plaintiff,<br><br>    v.<br><br>MARC [SIC] ANTRIM, *et al.*<br>                 Defendants. | NO. 3:05-cv-00248 (TMB) |

### ORDER FOR DISMISSAL

Upon stipulation of the parties and with good cause appearing;

IT IS HEREBY ORDERED dismissing Plaintiff's cause of action against Defendants, with prejudice, with each side to bear their own costs and attorneys' fees.

Dated this _____ day of _____ 20_____.

_____
The Honorable Timothy J. Burgess
United States District Court

Order for Dismissal
*Worthy v. Antrim, et al.*
3:05-cv-00248 (TMB)
1856101.1      1 of 2

...
Copies to:

Earl Worthy, III, #368520
**RED ROCK CORRECTIONAL FACILITY (AK CONTRACT)**
1752 East Arica Road
Eloy, Arizona 85231
*Plaintiff Pro Per*


Daniel P. Struck, Esq.
Timothy Bojanowski, Esq.
**JONES, SKELTON & HOCHULI, P.L.C.**
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012
*Counsel for Defendants*

Michael D. Corey
**SANDBERG, WUESTENFELD & COREY**
701 West 8th Avenue, Suite 1100
Anchorage, Alaska  99501
*Counsel for Defendants*

Order for Dismissal

*Worthy v. Antrim, et al.*

3:05-cv-00248 (TMB)

1856101.1                                              2 of 2

Order for Dismissal

*Worthy v. Antrim, et al.*

3:05-cv-00248 (TMB)

1856101.1    2 of 2

1856101.1                                              2 of 2