UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| EARL WORTHY, III<br><br>             Plaintiff,<br>vs.<br><br>MARC [Sic} ANTRIM, et al<br>                    Defendants. | 3:05-cv-00248 TMB<br><br>**ORDER FOR DISMISSAL** |

Upon stipulation of the parties and with good cause appearing;

IT IS HEREBY ORDERED dismissing Plaintiff's cause of action against Defendants, with prejudice, with each side to bear their own costs and attorneys' fees.

DATED this 2nd day of January, 2008, at Anchorage, Alaska.

                                    /s/ Timothy M. Burgess
                                    TIMOTHY M. BURGESS
                                    United States District Judge